1 | Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
3 | San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
4 | Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com
5 |
6 | Attorneys for Plaintiffs,
INTERSCOPE RECORDS; LAFACE RECORDS
7 | LLC; SONY BMG MUSIC ENTERTAINMENT;
PRIORITY RECORDS LLC; ELEKTRA
8 | ENTERTAINMENT GROUP INC.; and UMG
RECORDINGS, INC.
9 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>JOHN DOE,<br>            Defendant. | CASE NO. 5:08-CV-01039-PVT<br><br>**Honorable Patricia V. Trumbull**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Notice of Voluntary Dismissal
Case No. 5:08-cv-01039-PVT
#37318 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Interscope Records, *et al*., by and
2 through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3 against Defendant John Doe, also identified as ID # 132846896 with IP address 169.233.10.72 2007-
4 06-13 18:46:39 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is
5 respectfully requested to close this case.

6 Dated:  May 8, 2008                                          HOLME ROBERTS & OWEN LLP

8                                                                          By:      */s/ Matthew Franklin Jaksa*
                                                                                       MATTHEW FRANKLIN JAKSA
9                                                                                      Attorney for Plaintiffs
10                                                                                    INTERSCOPE RECORDS; LAFACE
                                                                                       RECORDS LLC; SONY BMG MUSIC
11                                                                                    ENTERTAINMENT; PRIORITY
                                                                                       RECORDS LLC; ELEKTRA
12                                                                                    ENTERTAINMENT GROUP INC.; and
13                                                                                    UMG RECORDINGS, INC.

Proof of Service
Case No. 5:08-cv-01039-PVT
#37318 v1